**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

WANDA GOMEZ,

                    Plaintiff,                  20-cv-0670 (OTW)

       -against-                    **ORDER**

GASPARD FRANCIOS, et al.,

                    Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a discovery Status Conference in this matter telephonically on **Wednesday, April 28, 2021 at 11:30 a.m.** The dial in information is (866) 390-1828, access code 1582687.  Counsel is to submit a joint status letter by April 21, 2021.

        SO ORDERED.

                                                                            *s/ Ona T. Wang*

Dated: March 23, 2021                                         **Ona T. Wang**
       New York, New York                        United States Magistrate Judge