**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

WANDA GOMEZ,

                      Plaintiff,           20-cv-0670 (OTW)

          -against-                 **ORDER**

GASPARD FRANCIOS, et al.,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court ordered the parties to file a joint status letter on July 9, 2021. (ECF 33). Discovery apparently concluded over a year ago. By August 26, 2022, Plaintiff is ordered to show cause in writing why I should not dismiss this case for failure to prosecute.

**SO ORDERED.**

                                                *s/ Ona T. Wang*

Dated: August 11, 2022                             **Ona T. Wang**
       New York, New York              United States Magistrate Judge