**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
WANDA GOMEZ,

               Plaintiff,                20-cv-0670 (OTW)

      -against-                  **ORDER**

GASPARD FRANCIOS, et al.,

               Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Pre-Trial Conference on November 15, 2022. (ECF 40). As discussed at the conference, trial in this matter is scheduled from **January 17, 2023, to January 23, 2023**. the Court will hold a Final Pre-Trial Conference on **January 10, 2023, at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY, 10007. The parties are directed to file a Joint Pre-Trial Order by **January 5, 2023**. The parties are to submit their proposed verdict sheet, proposed jury instructions, proposed jury questionnaire, and stipulations, if any, by **January 5, 2023**.

**SO ORDERED.**

                                                     _s/ Ona T. Wang_

Dated: November 15, 2022                          **Ona T. Wang**
      New York, New York                United States Magistrate Judge