**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
WANDA GOMEZ,

                      Plaintiff,                                20-cv-0670 (OTW)

          -against-                                  **ORDER**

GASPARD FRANCIOS, et al.,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 44. The Final Pre-Trial Conference scheduled for **January 10, 2023, at 11:30 a.m.** (ECF 41), is hereby converted to a telephonic Settlement Status Call. The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                                    *s/ Ona T. Wang*

Dated: January 3, 2023                                             **Ona T. Wang**
        New York, New York                             United States Magistrate Judge