USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WANDA GOMEZ,

                                                  Plaintiff,

          -against-

GASPARD FRANCIOS, et al.,

                                                  Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING TELEPHONE CONFERENCE**

**20-CV-670 (OTW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Order of Dismissal filed on January 10, 2023 (doc. no 48) the Pre-settlement Telephone Conference previously scheduled for **February 9 , 2023** is hereby adjourned *sine die*.

      **SO ORDERED.**

Dated: January 11, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge